**RICHARD A. BESHWATE, JR. 179182**
Attorney at Law
2020 Tulare Street   Suite A
Fresno, CA 93721
Telephone:  (559) 266-5000

Attorney for Defendant, FERNANDO DAVID RANGEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, ) | CASE NO.  1:13-CR-00280 LJO-SKO |
|---|---|
| PLAINTIFF, ) | |
| V. ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER TO CONTINUE STATUS** |
| ) | **HEARING** |
| ) | |
| FERNANDO DAVID RANGEL ) | DATE:  DECEMBER 16, 2013 |
| ) | TIME:   1:00 PM |
| DEFENDANT. ) | JUDGE: HON. SHEILA K. OBERTO |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE,JR., attorney for Defendant, and Assistant U.S. Attorney, DAVID GAPPA, Attorney for Plaintiff  that the hearing currently scheduled for December 16, 2013, at 1:00 p.m., shall be continued until JANUARY 21, 2014, at 1:00 p.m., or to a date the Court deems appropriate.

Assistant United States Attorney David Gappa has no objection to this requested continuance.

This continuance is necessary so that defendant's attorney and the AUSA can have sufficient time to continue ongoing plea negotiations and prepare for Mr. Rangel's hearing.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

//

///

The parties stipulate and agree that the interests of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial 18 U.S.C.§3161(h)(7)(A).

Dated:  December 12, 2013

                            Respectfully submitted,
                            /s/ Richard A. Beshwate, Jr.
                            RICHARD A. BESHWATE, JR.
                            Attorney for Defendant, Fernando David Rangel

Dated:  December 12, 2013

                            Respectfully submitted,
                            /s/ David Gappa
                            DAVID GAPPA
                            Assistant U.S. Attorney

**ORDER**

The parties' stipulated request for a continuance of the status conference date to **JANUARY 21, 2014, at 1:00 pm.** is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter.   Should the parties resolve the case, they shall inform the court so the matter can be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill.  If the parties are unable to resolve this matter, they shall be prepared to select a trial date at the January 21, 2014, status conference.

IT IS SO ORDERED.

  Dated:   **December 12, 2013**                 **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE